# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

June 3, 2005

**RECEIVED**
JUN 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking, Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
16th Floor, Room 1111
San Francisco, CA 94102

In Re: MDL 1657 Vioxx Products Liability Litigation

Your Case No. C.A. 3:05-1196 Vivian Machun, et al v. Merck & Co., Inc.
Our Case No. C.A. 05-1995 L (3)

Dear Mr. Wieking:

    Enclosed is a certified copy of a transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case listed above be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. Our office has assigned a new civil action number to this case as referenced above.

    **DO NOT FORWARD THE ORIGINAL RECORD.** The Honorable Eldon E. Fallon, U.S. District Court Judge issued an order directing that the transfer of records consist of only a certified copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order, together with a copy of the transfer letter be forwarded to the transferor court.

    **Due to the high volume of cases involved in this litigation please provide paper copies of the above documents instead of simply referring to your website.** Your prompt attention in this matter is greatly appreciated.

    Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

Very truly yours,
Loretta G. Whyte, Clerk

By _____
Deputy Clerk

Enclosures

cc: Judicial Panel on Multidistrict Litigation

A CERTIFIED TRUE COPY

MAY 23 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 27 PM 1:52

LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

C 05 1196 MHP

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 5 2005

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

FILED
JUN - 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CONDITIONAL TRANSFER ORDER (CTO-9)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 350 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 23 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
JUN 06 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee_____
___ Process____
X  Dktd_____
___ CtRmDep___
___ Doc. No.___

## SCHEDULE CTO-9 - TAG- ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

DISTRICT DIV. C.A.#

EDLA SEC L/3

ALABAMA NORTHERN
| | | | | |
|---|---|---|---|---|
| ALN | 1 | 05-643 | Richard J. Harris v. Merck & Co., Inc. | 05-1979 |
| ALN | 2 | 05-586 | Herman D. Spivey, et al. v. Merck & Co., Inc. | 05-1980 |
| ALN | 2 | 05-672 | Mary J. McMeans, et al. v. Merck & Co., Inc. | 05-1981 |
| ALN | 4 | 05-572 | Pamela Mitchell v. Merck & Co., Inc., et al. | 05-1982 |
| ALN | 4 | 05-642 | Curtis E. Gentry v. Merck & Co., Inc. | 05-1983 |
| ALN | 4 | 05-680 | Kenneth Roden v. Merck & Co., Inc. | 05-1984 |
| ALN | 6 | 05-641 | Linda K. Tidwell v. Merck & Co., Inc. | 05-1985 |

ALABAMA SOUTHERN
| | | | | |
|---|---|---|---|---|
| ALS | 1 | 05-211 | Cathy Larrimore Constantino, et al. v. Merck & Co., Inc. | 05-1986 |

ARKANSAS EASTERN
| | | | | |
|---|---|---|---|---|
| ARE | 3 | 05-44 | Carl Kelley v. Merck & Co., Inc. | 05-1987 |
| ARE | 3 | 05-46 | Ronald Meeker, et al. v. Merck & Co., Inc. | 05-1988 |
| ARE | 4 | 05-514 | Leslie Kay Gourley, etc. v. Merck & Co., Inc. | 05-1989 |

ARIZONA
| | | | | |
|---|---|---|---|---|
| AZ | 2 | 05-716 | Adelene M. Hubbs v. Merck & Co., Inc. | 05-1990 |

CALIFORNIA CENTRAL
| | | | | |
|---|---|---|---|---|
| CAC | 2 | 05-1825 | Brian Axelson v. Merck & Co., Inc. | 05-1991 |
| ~~CAC~~ | ~~2~~ | ~~05-1843~~ | ~~Valerie Noriega, et al. v. Merck & Co., Inc., et al.~~ Vacated 5/19/05 | |
| CAC | 2 | 05-2051 | Maria Ceballos, et al. v. Merck & Co., Inc. | 05-1992 |

CALIFORNIA EASTERN
| | | | | |
|---|---|---|---|---|
| CAE | 2 | 05-606 | Allen Hurlburt v. Merck & Co., Inc. | 05-1993 |
| ~~CAE~~ | ~~2~~ | ~~05-656~~ | ~~Leonard Lagden v. Merck & Co., Inc., et al.~~ Opposed 5/23/05 | |
| CAE | 2 | 05-660 | Larry Graham v. Merck & Co., Inc., et al. | 05-1994 |

CALIFORNIA NORTHERN
| | | | | |
|---|---|---|---|---|
| CAN | 3 | 05-1196 | Vivian Machun, et al. v. Merck & Co., Inc. | 05-1995 |
| ~~CAN~~ | ~~3~~ | ~~05-1256~~ | ~~Nora Olson, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/13/05 | |

CALIFORNIA SOUTHERN
| | | | | |
|---|---|---|---|---|
| CAS | 3 | 05-570 | Elaine Casey v. Merck & Co., Inc., et al. | 05-1996 |

CONNECTICUT
| | | | | |
|---|---|---|---|---|
| CT | 3 | 05-491 | Marianne Chambers, et al. v. Merck & Co., Inc., et al. | 05-1997 |
| CT | 3 | 05-529 | Timothy A. Baskay, et al. v. Merck & Co., Inc. | 05-1998 |
| CT | 3 | 05-541 | Carol Ann Silva, et al. v. Merck & Co., Inc. | 05-1999 |
| ~~CT~~ | ~~3~~ | ~~05-543~~ | ~~JoAnn Malek v. Eric Rosenberg, M.D., et al.~~ Opposed 5/23/05 | |

DISTRICT OF COLUMBIA
| | | | | |
|---|---|---|---|---|
| DC | 1 | 04-2188 | James C. Houston v. Merck & Co., Inc., | 05-2000 |

FLORIDA MIDDLE
| | | | | |
|---|---|---|---|---|
| ~~FLM~~ | ~~6~~ | ~~05-449~~ | ~~Conchita Merced-Torres, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/17/05 | |
| ~~FLM~~ | ~~6~~ | ~~05-472~~ | ~~Samuel Diaz, et al. v. Merck & Co., Inc.~~ Opposed 5/17/05 | |

SCHEDULE CTO-9 TAG-ALONG ACTIONS (MDL-1657)　　　　　　　　　　　　　　　　Page 2 of 4

DISTRICT  DIV. C.A.#

| | | | | EDLA SEC L/3 |
|---|---|---|---|---|
| FLORIDA SOUTHERN | | | | |
| FLS | 0 | 05-60393 | Erna Wurthman v. Merck & Co., Inc. | 05-2001 |
| FLS | 0 | 05-60425 | Stanley Moss, et al. v. Merck & Co., Inc., et al. | 05-2002 |
| FLS | 0 | 05-60427 | Esma Destinvil v. Merck & Co., Inc. | 05-2003 |
| FLS | 0 | 05-60428 | Robert Conley v. Merck & Co., Inc., et al. | 05-2004 |
| FLS | 1 | 05-20745 | Mary N. Wright v. Merck & Co., Inc. | 05-2005 |
| FLS | 9 | 05-80244 | Anna Zielaskowski, etc. v. Merck & Co., Inc. | 05-2006 |
| FLS | 9 | 05-80255 | Matthew Elzinga, et al. v. Merck & Co., Inc., et al. | 05-2007 |
| GEORGIA NORTHERN | | | | |
| GAN | 1 | 05-840 | Mildred Phillips v. Merck & Co., Inc. | 05-2008 |
| GAN | 1 | 05-841 | Hazel Clifford v. Merck & Co., Inc. | 05-2009 |
| GAN | 1 | 05-872 | Jerry Lee Key, et al. v. Merck & Co., Inc. | 05-2010 |
| IOWA SOUTHERN | | | | |
| IAS | 4 | 05-179 | Lu Ann Black v. Merck & Co., Inc. | 05-2011 |
| IDAHO | | | | |
| ID | 2 | 05-100 | Frederick Gerrard, et al. v. Merck & Co., Inc. | 05-2012 |
| ID | 2 | 05-101 | Gisela Dreyer v. Merck & Co., Inc. | 05-2013 |
| ID | 2 | 05-102 | Sandra Christman v. Merck & Co., Inc. | 05-2014 |
| ID | 2 | 05-103 | Mary Ruby, et al. v. Merck & Co., Inc. | 05-2015 |
| ILLINOIS NORTHERN | | | | |
| ILN | 1 | 05-1710 | Samuel Snow v. Merck & Co., Inc. | 05-2016 |
| ILN | 1 | 05-1820 | Evelyn Thomas, etc. v. Merck & Co., Inc. | 05-2017 |
| KENTUCKY WESTERN | | | | |
| KYW | 4 | 05-47 | Shirley Greer v. Merck & Co., Inc. | 05-2018 |
| LOUISIANA MIDDLE | | | | |
| LAM | 3 | 05-197 | Harry Crowell v. Merck & Co., Inc. | 05-2019 |
| LOUISIANA WESTERN | | | | |
| LAW | 5 | 05-431 | Johnie Ray Crooks, et al. v. Merck & Co., Inc. | 05-2020 |
| LAW | 6 | 05-508 | Charles Tidmore v. Merck & Co., Inc. | 05-2021 |
| MASSACHUSETTS | | | | |
| MA | 1 | 05-10583 | John D. Lach v. Merck & Co., Inc. | 05-2022 |
| MARYLAND | | | | |
| MD | 1 | 05-714 | Janet I. Sidle, et al. v. Merck & Co., Inc. | 05-2023 |
| MINNESOTA | | | | |
| MN | 0 | 05-631 | Carol J. Paschka, et al. v. Merck & Co., Inc. | 05-2024 |
| MISSOURI EASTERN | | | | |
| ~~MOE~~ | ~~4~~ | ~~05-431~~ | ~~Chris Picchoinski, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/20/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-433~~ | ~~Lorraine Phillip, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/20/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-434~~ | ~~Barbara O'Bannon, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/20/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-435~~ | ~~Mary Miles, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/20/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-436~~ | ~~Jeffrey McDaniel, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/20/05 | |
| MOE | 4 | 05-486 | Mary Wade v. Merck & Co., Inc. | 05-2025 |
| MOE | 4 | 05-519 | Kathryn Easter v. Merck & Co., Inc. | 05-2026 |
| MOE | 4 | 05-520 | Jerry Johnson v. Merck & Co., Inc. | 05-2027 |
| MOE | 4 | 05-521 | Vicki Loughlin v. Merck & Co., Inc. | 05-2028 |

SCHEDULE CTO-9 TAG-ALONG ACTIONS (MDL-1657)

Page 3 of 4

| DISTRICT | DIV. | C.A.# | | EDLA SEC L/3 |
|---|---|---|---|---|
| MISSOURI WESTERN | | | | |
| MOW | 2 | 05-4093 | Alois Wagner v. Merck & Co., Inc. | 05-2029 |
| MOW | 4 | 05-282 | Ralph Bannigan v. Merck & Co., Inc. | 05-2030 |
| MOW | 4 | 05-286 | Shirley Thornton v. Merck & Co., Inc. | 05-2031 |
| MOW | 6 | 05-3123 | David Felton v. Merck & Co., Inc. | 05-2032 |
| NORTH CAROLINA EASTERN | | | | |
| NCE | 7 | 05-50 | Elmer F. Miller v. Merck & Co., Inc. | 05-2033 |
| NCE | 7 | 05-51 | Harold Keith Gore v. Merck & Co., Inc. | 05-2034 |
| NCE | 7 | 05-52 | Carol Wilson v. Merck & Co., Inc. | 05-2035 |
| NEW JERSEY | | | | |
| NJ | 3 | 05-1585 | Diana Burkhard, et al. v. Merck & Co., Inc. | 05-2036 |
| NEW YORK EASTERN | | | | |
| NYE | 1 | 05-1635 | Joseph Rocco, et al. v. Merck & Co., Inc., et al. | 05-2037 |
| NYE | 1 | 05-1636 | Mary Sue Boody, Jr., et al. v. Merck & Co., Inc., et al. | 05-2038 |
| OHIO NORTHERN | | | | |
| ~~OHN~~ | ~~1~~ | ~~05-776~~ | ~~Kimberly Kaiser, et al. v. Merck & Co., Inc.~~ Opposed 5/20/05 | |
| OHN | 1 | 05-836 | Thomas C. Barnes v. Merck & Co., Inc. | 05-2039 |
| OHN | 1 | 05-842 | Alcenia Reeves v. Merck & Co., Inc. | 05-2040 |
| OHN | 1 | 05-844 | Patricia Ercegovac v. Merck & Co., Inc. | 05-2041 |
| OHN | 3 | 05-7135 | Marilyn Youngpeter, et al. v. Merck & Co., Inc. | 05-2042 |
| OHN | 4 | 05-838 | Maggie Jackson v. Merck & Co., Inc. | 05-2043 |
| OHN | 4 | 05-853 | Barbara Yartz, et al. v. Merck & Co., Inc. | 05-2044 |
| OHN | 5 | 05-810 | Gertrude G. Moff, et al. v. Merck & Co., Inc. | 05-2045 |
| OHN | 5 | 05-839 | Paul L. Mason v. Merck & Co., Inc. | 05-2046 |
| OHN | 5 | 05-840 | John McGregor v. Merck & Co., Inc. | 05-2047 |
| OHN | 5 | 05-841 | Robert S. Miller v. Merck & Co., Inc. | 05-2048 |
| OHN | 5 | 05-843 | Sarah Richards v. Merck & Co., Inc. | 05-2049 |
| OHN | 5 | 05-845 | Glenn J. Eagon, Sr. v. Merck & Co., Inc. | 05-2050 |
| OHN | 5 | 05-846 | Lois Carroll v. Merck & Co., Inc. | 05-2051 |
| PENNSYLVANIA EASTERN | | | | |
| ~~PAE~~ | ~~2~~ | ~~05-1349~~ | ~~Barbara Schultz, etc. v. Merck & Co., Inc.~~ Vacated 5/19/05 | |
| PENNSYLVANIA WESTERN | | | | |
| ~~PAW~~ | ~~2~~ | ~~05-386~~ | ~~Mary Ellen Magnifico v. Merck & Co., Inc.~~ Opposed 5/20/05 | |
| SOUTH DAKOTA | | | | |
| SD | 1 | 05-1011 | Robin Bair v. Merck & Co., Inc. | 05-2052 |
| TENNESSEE EASTERN | | | | |
| TNE | 1 | 05-84 | Tom Black v. Merck & Co., Inc. | 05-2053 |
| TENNESSEE WESTERN | | | | |
| TNW | 1 | 05-1083 | Charles R. Dailey, Sr., et al. v. Merck & Co., Inc., et al. | 05-2054 |
| TNW | 1 | 05-1084 | Gerald D. Riley, et al. v. Merck & Co., Inc., et al. | 05-2055 |
| TNW | 1 | 05-1089 | Larry L. Peter, et al. v. Merck & Co., Inc., et al. | 05-2056 |
| TNW | 1 | 05-1095 | Shirley F. Sanders v. Merck & Co., Inc., et al. | 05-2057 |
| TEXAS EASTERN | | | | |
| TXE | 1 | 05-245 | Jose Luis Garcia v. Merck & Co., Inc. | 05-2058 |
| TXE | 2 | 05-126 | Mary Armstrong, et al. v. Merck & Co., Inc. | 05-2059 |
| TXE | 2 | 05-133 | Billy Jack Jones v. Merck & Co., Inc. | 05-2060 |

SCHEDULE CTO-9 TAG-ALONG ACTIONS (MDL-1657)

Page 4 of 4

<u>DISTRICT DIV. C.A.#</u>

**EDLA SEC L/3**

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 05-963 | Marilyn Shepherd, etc. v. Merck & Co., Inc. | 05-2061 |
| TXS | 4 05-1049 | Willie Mae Presswood v. Merck & Co., Inc. | 05-2062 |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 05-191 | Alma Wheat v. Merck & Co., Inc. | 05-2063 |
| TXW | 5 05-205 | Bernadine Cude v. Merck & Co., Inc. | 05-2064 |
| TXW | 5 05-213 | Susan George, etc. v. Merck & Co., Inc. | 05-2065 |
| TXW | 5 05-238 | Mercy Leal, et al. v. Merck & Co., Inc. | 05-2066 |

UTAH

| | | | |
|---|---|---|---|
| UT | 2 05-268 | Robert Cornell, et al. v. Merck & Co., Inc. | 05-2067 |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 1 05-358 | D'Arcy Dean v. Merck & Co., Inc. | 05-2068 |
| VAE | 2 05-168 | Jennifer Kiyohara-Hasty v. Merck & Co., Inc. | 05-2069 |
| VAE | 3 05-201 | Ruth Savage v. Merck & Co., Inc. | 05-2070 |
| VAE | 3 05-204 | Mary K. Haislip, etc. v. Merck & Co., Inc. | 05-2071 |

WASHINGTON EASTERN

| | | | |
|---|---|---|---|
| WAE | 2 05-79 | Jerry Cunnington, et al. v. Merck & Co., Inc. | 05-2072 |
| WAE | 2 05-80 | Emil Nowoj, et al. v. Merck & Co., Inc. | 05-2073 |
| WAE | 2 05-81 | Larry Waybright v. Merck & Co., Inc. | 05-2074 |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 05-338 | Ruth N. Wilson, et al. v. Merck & Co., Inc. | 05-2075 |
| WIE | 2 05-339 | Sadaat Fashandi, et al. v. Merck & Co., Inc. | 05-2076 |
| WIE | 2 05-340 | Thomas S. Werbie, et al. v. Merck & Co., Inc. | 05-2077 |
| WIE | 2 05-341 | Joseph A. Mesec, et al. v. Merck & Co., Inc. | 05-2078 |
| WIE | 2 05-342 | Walter J. Hintz, et al. v. Merck & Co., Inc. | 05-2079 |
| WIE | 2 05-343 | Linda E. Davis, et al. v. Merck & Co., Inc. | 05-2080 |

# INVOLVED COUNSEL LIST FOR SCHEDULE CTO-9
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Jeff Steven Abers
Fazio, Dawson, DiSalvo, Cannon, et al.
633 S. Andrews Avenue, Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Bradley E. Abruzzi
Foley Hoag, LLP
155 Seaport Blvd.
Seaport World Trade Center West
Boston, MA 02210-2170

Kevin J. Adrian
Brown & James, PC
1010 Market Street, 20th Floor
St Louis, MO 63101

F. Wendell Allen
Bradley Arant Rose & White
P. O. Box 830709
Birmingham, AL 35283-0709

Susan B. Altman
Reed Smith LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120-7936

Alejandro Alvarez
355 Palermo Avenue
Coral Gables, FL 33134

Edward E. Angwin
Cochran, Cherry, Givens, Smith, Gulas & Stuckey
2031 2nd Avenue North
Birmingham, AL 35203

Erik T. Atkisson
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94111

William M. Audet
Alexander, Hawes & Audet, L.L.P.
300 Montgomery Street, Suite 400
San Fransisco, CA 94104

Brian K. Balser
Law Offices of Brian K. Balser
5311 Meadow Lane Court, Suite 1
Elyria, OH 44035

Charles F. Barrett
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

J. Scott Bertram
Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114

Amy Bloom
Steel Hector & Davis, LLP
1900 W. Phillips Point
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Michael K. Brown
Reed Smith, Crosby & Heafey
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Daniel Kent Bryson
Lewis & Roberts, P.L.L.C.
1305 Navaho Drive, Suite 400
Raleigh, NC 27609

Heather Butler Bush
Gordon, Hargrove & James
2400 East Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308-3092

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Joe B. Campbell
400 E. Main St., Suite 300
P.O. Box 1805
Bowling Green, KY 42101

William M. Cannon
Cannon & Dunphy, S.C.
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750

Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Christopher A. Chleborowicz
Lea, Rhine & Associates
314 Walnut Street
Suites 1000 & 2000
Wilmington, NC 28401-4031

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins & Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Andrew T. Citrin
Citrin & McGlothren
P.O. Drawer 2187
Daphne, AL 36526

Charles W. Cohen
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Mark E. Colbert
Wisconsin Physicians Service Insurance Corp.
1717 W. Broadway
P.O. Box 8190
Madison, WI 53708-8190

Edward J. Cloos, III
Law Office of Edward J. Cloos, III
411 N. Theard Street
Covington, LA 70433

Julia T. Cochrun
Pate, Lloyd & Cochrun, LLP
P.O. Box 10448
Birmingham, AL 35202-0448

Eugene A. Cooney
Cooney, Scully & Dowling
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5109

INVOLVED COUNSEL LIST FOR SCHEDULE CTO-9 MDL-1657

S. Tessie Corbin
Dechert, LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

Thomas A. Countryman
Fulbright & Jaworski, LLP
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Roger Thomas Creager
Marks & Harrison
1512 Willow Lawn Drive
P.O. Box 6569
Richmond, VA 23230-0569

Jeanette N. Dannenfelser
Furnier & Thomas
One Financial Way, Suite 312
Cincinnati, OH 45242-5858

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64196

Stephen H. DeBaun
Office of Stephen H. DeBaun
3758 LaVista Road, Suite 100
Tucker, GA 30084

Louis A. DeMers
DeMers & Donovan
100 Howe Avenue
Suite 230 North
Sacramento, CA 95825

Jill Marie Dennis
Hunton & Williams, LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2700
Nashville, TN 37219-8966

Helen K. Downs
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203-2618

Donald S. Edgar
Donald S. Edgar Law Offices
408 College Avenue
Santa Rosa, CA 95401

Karen D. Farley
Pate, Lloyd & Cochrun, LLP
P.O. Box 10448
Birmingham, AL 35202-0448

Leonard V. Fodera
Silverman & Fodera, PC
1835 Market Street
Eleven Penn Center, Suite 2600
Philadelphia, PA 19103-2968

James P. Frickleton
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Anthony M. Georges-Pierre
Remer & Georges-Pierre
100 N. Biscayne Blvd., Suite 1003
Miami, FL 33132

Geoffrey L. Gifford
Pavalon, Gifford, Laatsch & Marino
Two North LaSalle Street, Suite 1600
Chicago, IL 60602

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Douglas G. Gray
Douglas G. Gray Law Offices
5850 Canoga Ave., Suite 400
Woodland Hills, CA 91367

Daniel S. Gruber
Gruber & Gruber
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403

Thomas D. Haklar
Dougherty, Hildre & Haklar
2550 Fifth Avenue, Suite 600
San Diego, CA 92103-6624

Steven D. Hamilton
Hamilton Law Firm
606 Ontario Street
P.O. Box 188
Storm Lake, IA 50588

Charles C. Harrell
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Allison M. Heffern
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE, Suite 1200
Cedar Rapids, IA 52401-1266

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Christopher J. Hickey
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

T. Robert Hill
Hill Boren
1269 North Highland Avenue
P.O. Box 3539
Jackson, TN 38303-0539

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street, Suite 4100
Seattle, WA 98101

Bradley D. Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P.O. Box 482355
Kansas City, MO 64148-2355

William Zachary Hughes
Baker Botts LLP
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002-4995

Mitchell R. Jensen
Siegfried & Jensen
5664 South Green Street
Murray, UT 84123

Janie Lynn Jordan
Mithoff & Jacks, LLP
500 Dallas, Suite 3450
Houston, TX 77001

Jane E. Joseph
Lopez, Hodes, Restaino, Milman & Skikos
13938A Cedar Road, Suite 373
Cleveland, OH 44118

Tom Joseph
909 NE Loop 410
#600
San Antonio, TX 78209

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

D. Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Grant Kaiser
Keller & Heckman
1001 G Street, NW
Suite 500 West
Washington, DC 20001

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Daniel B. King
King & King Attorneys, PC
King Building
757 Chestnut Street
Gadsden, AL 35901-4192

Jeffrey Conett Kirby
Pittman Hooks Dutton Kirby
& Hellums, PC
Park Place Tower, Suite 1100
2001 Park Place North
Birmingham, AL 35203

Gregory S. Kitterman
Kitterman Law Firm
1101 Garland Street
Little Rock, AR 72201

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

David Michael Kopstein
Dross, Levenstein, Perilman
& Kopstein
9220 Paloma Lane
Springfield, VA 22153

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, TX 77010

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Michael L. Luce
Davenport, Evans, Hurwitz & Smith
P.O. Box 1030
Sioux Falls, SD 57101-1030

Dennis S. Mackin
Office of Dennis S. Mackin
5381 Glenbrooke Trail
Dunwoody, GA 30338

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Laurence A. Marder
Salsbury Clements Bekman Marder
& Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, MD 21201

Lucien H. Marioneaux, Jr.
Barham & Warner
920 Pierremont Road, Suite 412
Shreveport, LA 71106

Jason L. McCoy
280 Talcottville Road
Vernon, CT 06066

Kevin E. McDermott
36815 Detroit Road
Avon, OH 44011

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806-2203

Juan Enrique Mejia
Watts Law Firm, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, TX 78478-0801

Robert A. Meynardie
Nelson, Mullins, Riley & Scarborough
P.O. Box 30519
Raleigh, NC 27622-0519

Jessica D. Miller
O'Melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street
32nd Floor
Louisville, KY 40202

Douglas C. Monsour
Sloan & Monsour, P.C.
101 E. Whaley Street
P.O. Box 2909
Longview, TX 75601-2909

Henry R. Muller
1900 N. Loop W., Suite 500
Houston, TX 77018

Philip F. Mulvey, Jr.
536 Main Street
Falmouth, MA 02540

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark, Suite 4800
Chicago, IL 60601-3206

John Brian T. Murray
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

David W. Oestreicher, II
307 Exchange Alley
New Orleans, LA 70130

INVOLVED COUNSEL LIST FOR SCHEDULE CTO-9 MDL-1657

Page 4 of 5

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Higland Ave.
Jackson, TN 38033

Steven G. Ohrvall
Hill Boren
191 Jefferson Avenue
Memphis, TN 38103

Jaak Olesk
Jaak Olesk Law Offices
9300 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212

Thomas P. Owen Jr
Stanley, Flanagan & Reuter
909 Poydras Street
Suite 2500
New Orleans, LA 70112

Robb W. Patryk
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Gale Diane Pearson
Gale D. Pearson & Associates, PA
400 South 4th Sreet
1012 Grain Exchange Building
Minneapolis, MN 55415

Jon D. Pels
Pels, Anderson & Lee, LLC
4833 Rugby Avenue
Fourth Floor
Bethesda, MD 20814

David W. Perez
Northwestern Mutual Life Insurance Co.
720 E. Wisconsin Ave., 6th Floor
Milwaukee, WI 53202

Eric Arnold Peterson
Peterson, Bernard, Vandenberg, Zei,
Geisler & Martin
1550 Southern Blvd., Suite 300
P.O. Box Drawer 15700
West Palm Beach, FL 33146-5700

Lewis Franklin Powell, III
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Carolyn Kaye Ranke
1220 West Sixth Street, Suite 303
Cleveland, OH 44113

D. Aaron Rihn
Peirce, Raimond & Coulter, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1918

Richard J. Rosenblum
Rubin & Machado, Ltd.
120 West Madison Street, Suite 400
Chicago, IL 60602

Ann M. Scarlett
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106

Richard D. Schuler
Sculer, Wilkerson, Halvorson
& Williams P.A.
1615 Forum Place, Floor D
West Palm Beach, FL 33401

Matthew J. Schumacher
Randall & Schumacher, PLLP
400 4th Street, S., Suite 1012
Minneapolis, MN 55415

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
Hew Haven, CT 06508-1832

Manish I. Shah
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825

Anne M. Seibel
Bradley Arant Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

John Chandler Shea
Marks & Harrison
1512 Willow Lawn Drive
P.O. Box 6569
Richmond, VA 23230-0569

Richard J. Simons
Furtado, Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

Robert J. Sindyla
Sindyla, Anthony & Sindyla
7425 Royalton Road
North Royalton, OH 44133-4743

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jennifer A. Slater Colon
Otjen, Van Ert, Stangle, Lieb & Wier,
S.C.
700 N. Water Street
Suite 800
Milwaukee, WI 53202-4206

Lawrence D. Smith
Walton Lantaff
9350 S. Dixie Highway, 10th Floor
Miami, FL 33156

Wayne R. Spivey
Shrager, McDaid, Loftus, Flum
& Spivey
2001 Market Street
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Dori K. Stibolt
Steel Hector & Davis
1900 W. Phillips Point
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Robert Martin Tata
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510

Maria D. Tejedor
540 N. Semoran Blvd.
Orlando, FL 32807

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock
& Fields
P.O. Box 829
Boise, ID 83701

Gary Paul Timin
Steel, Hector & Davis
215 S. Monroe Street
Suite 601
Tallahassee, FL 32301-1804

Thomas P. Thrash
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201-1214

Caroline T. Trost
Waller Lansden Dortch & Davis
P.O. Box 198966
Nashville, TN 37219-8966

Thomas W. Umphrey
Provost Umphrey
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

Amy L. Van Dyke
Updike, Kelly & Spellacy, P.C.
One State Street
Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

William D. Vandever
Popham Law Firm, P.C.
323 West 8th Street, Suite 200
Kansas City, MO 64105

Craig K. Vernon
Owens, James, Vernon & Weeks
1875 North Lakewood Drive, #200
Coeur d'Alene, ID 83814

Paul F. Waldner
Vickery & Waldner, L.L.P.
One Riverway Drive, Suite 1150
Houston, TX 77056

Stacey C. Geber Ward
U.S. Department of Justice
Office of the U.S. Attorney
517 E. Wisconsin Ave. Rm. 530
Milwaukee, WI 53202-4206

C. Mark Warren
Houston, Warren & Griffin
707 Georgia Avenue, Suite 402
Chattanooga, TN 37402

Mikal C. Watts
Watts Law Firm, LLP
555 North Carancahua Street
Tower II Bldg., 14th Floor
Corpus Christi, TX 78478

Seth Webb
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Gaines F. West, III
West, Webb, Allbritton & Gentry
1515 Emerald Plaza
College Station, TX 77845-1515

Catherine Whitfield
Steel Hector & Davis
200 S. Biscayne Blvd., 40th Floor
Miami, FL 33131-2398

John E. Williams, Jr.
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Matthew R. Willis
Provost Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77701

Benjamin C. Wilson
Rushton, Stakely, Johnston
& Garrett, PA
P.O. Box 270
Montgomery, AL 36101-0270

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Alexander W. Wright
Wayne Wright, LLP
5707 IH-10 West, Suite 101
San Antonio, TX 78201